PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _____ DISTRICT OF TEXAS
#### _____ DIVISION

FEB 25 2025

Eddie L. Williams Jr (2454761)
Plaintiff's Name and ID Number

BY
DEPUTY_____

Garza West
Place of Confinement

CASE NO. 1:25CV88
(Clerk will assign the number)

v.

Jefferson County District Clerk / Beaumont Texas 77701
1085 Pearl Street, Rom 203 /
Defendant's Name and Address

Parole of Pardons and Parole / Austin Texas 78757
8610 Shoal Creek Blvd,
Defendant's Name and Address
(TDCJ) Texas Department Criminal Justice

Defendant's Name and Address Jefferson County County Jail
( DO NOT USE "ET AL.")       5030 Hwy, 69 South
                             Beaumont, Texas 77705

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis,* the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✔ NO

    B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.   Approximate date of filing lawsuit:_____ *N/A*_____

        2.   Parties to previous lawsuit:
            Plaintiff(s)____ *N/A*_____
            Defendant(s)_____

        3.   Court: (If federal, name the district; if state, name the county.)_____

        4.   Cause number:_____

        5.   Name of judge to whom case was assigned: _____

        6.   Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.   Approximate date of disposition:_____

II.     PLACE OF PRESENT CONFINEMENT: _Garza West_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?          ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.     PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Eddie Lee Williams, Jr_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Lolita Ramos_
_Jefferson County District Clerk / 1085 Pearl Street, Room 203/_
_Beaumont, Tx 77701_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_I was over a 100% of my time and still was denied._

Defendant #2: _Parole of Pardons / 8610 Shoal Creek Blvd / Austin Tx_
_78757_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Memorandum explained exactly what was done to me. Unlawful Detention_
_was my injuries_

Defendant #3: _TDCJ - Texas Department Criminal Justice_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Time Sheet proved my arguments. // Incorrect Name in Indictment_
_and Birthdate,_

Defendant #4: _Incorrect Social Security number and adds another_
_incorrect birthdate at County Jail / 3040 Hwy 69 / Beaumont, Tx_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

April 5, 2013 my flat time plus my good time placed me over 100% of my time. I had 162% April 5, 2013 which placed me at 32 years on a 20 year sentence. One of the State's Attorney Mike Vanzandt came to see me and I refused him and told him who I was hiring, Mr. James R. Makin. Mr. Makin refused my father's money because he was put on my case to be paid by the State! This upset him cause it would have had him to perform differently as my counsel in the prosecutions court proceedings. Judge by passed plea agreement that James R. Makin had no idea I had to give me 20 years. Not being part of a problem is side stepping and letting someone else create a Solution. Punishment by Judges

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

I would like all parties that were named to realize the injuries and to have the court have them pay me for the wrongs that were committed.

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.
Eddie Cain / Maxxx I am NOT ANY other Name by aliase than the one's I just named.
Eddie Lee

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you. 1022149 / 2454761 / County Jail 124831 / California / K52252 / FBI 730469 MA7

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?  ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?    _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____


Executed on: __2-16-2025__
                DATE

_Eddie L. Williams, Jr_

_Eddie L. Williams Jr_
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.


Signed this ___17___ day of __February__, 20 _25_.
            (Day)                    (month)              (year)

_Eddie Williams Jr_

_Eddie L. Williams, Jr_
(Signature of Plaintiff)


**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE          01/16/25
Z077/LRI5571                  IN-FORMA-PAUPERIS DATA                10:17:09
TDCJ#: 02454761 SID#: 04448550 LOCATION: GARZA WEST    INDIGENT DTE: 01/03/25
NAME: WILLIAMS,EDDIE JR                 BEGINNING PERIOD: 07/01/24
PREVIOUS TDCJ NUMBERS: 01022149
CURRENT BAL:          0.34 TOT HOLD AMT:          0.00 3MTH TOT DEP:     125.00
6MTH DEP:           280.28 6MTH AVG BAL:         39.18 6MTH AVG DEP:      46.71
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/24     126.88         125.00        09/24     150.94        150.00
11/24      87.03           0.00        08/24       0.94          0.00
10/24      87.03           0.00        07/24       6.22          5.28
```

STATE OF TEXAS, COUNTY OF
ON THIS THE _16_ DAY OF _January_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____



LORI B RINCON
NOTARY PUBLIC
STATE OF TEXAS
ID # 12674954-4
My Comm. Exp. 05-17-2025

NOTARY WITHOUT BOND

01/16/2025



# JEFFERSON COUNTY
## CRIMINAL COURTS
### APPELLATE – WRIT DIVISION

**EDWARD C. TANNER, JR.**
*General Staff Counsel*

**ANN LANDRY**
*Coordinator*

June 12, 2013

FILED

at 3:35 o'clock ___M

JUN 12 2013

LOLITA RAMOS
CLERK, DISTRICT COURT OF JEFFERSON CO. TEXAS
BY _____ DEPUTY

Mr. Rodney D. Conerly
Asst. Criminal District Attorney
P.O. Box 2553
Beaumont, Texas   777047

RE:  Eddie Lee Williams, Jr., <u>Writ No. 60408-B</u>

Dear Mr. Conerly,

   The enclosed Application for writ of Habeas Corpus was filed on

June 12, 2013.

   The State has fifteen (15) days from this date of receipt in which to respond.

            Sincerely,

            Ann Landry

Received this the 12th day of June, 2013.

Eddie Williams (102214)
Jordan Unit
1992 Helton Rd.
Pampa, Texas 79065

AMARILLO TX 791

29 MAY 2025 PM 2 L

Mrs. Lolita Ramos
Jefferson County District Clerk
1001 Pearl street
Beaumont, Texas 77701

77701839551

6-3-2013

Dear Mrs. Ramos,

I sent 3 11.07's and Memorandum's around May 26, 2013. One for Judge, You, Me and the District Attorney. My copy was supposed to be sent to me after you've filed it. I requested that the Certified Green Card be sent back to me so I'll know you received it.

I received one from the Criminal Court Appeal's card, which I mailed both envelopes the same day. Can you tell me if you received the Certified Package? I am wondering if the mail room here put a different Address on it. It's been done before on purpose and I'd like to make sure this is corrected if it was done.

Mrs. Ramos please check P.O. Box 3707 and ~~P.O. Box 115~~ P.O. Box 1151! Please Contact me! Thank you for your time in this matter.

Sincerely Written
Mr. Williams

Jilliams (1022149)
Init
Ifon Rd.
Texas 79065

AMARILLO TX 791
04 JUN 2013 PM 1 T



Lolita Ramos
District Clerk
Court House, 1001 Pearl St.
Beaumont, Texas 77701

77701×9999

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *Kelly Smith*  ☒ Agent  ☐ Addressee |
| | B. Received by (*Printed Name*) *Kelly Smith*   C. Date of Delivery 6-17-13 |
| 1. Article Addressed to: | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No |
| Mr. Eddie Williams #1022149 Jordan Unit 1992 Helton Road Pampa, Texas 79065 | |
| | 3. Service Type  ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service*)  7012 0470 0001 6997 6771 | |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JUDGE LAYNE WALKER
252nd DISTRICT COURT
1001 PEARL
BEAUMONT, TEXAS 77701

AL ~~Anthony Brack~~ E. Williams

**U.S. Postal S.**
**CERTIFIED**
**(Domestic Mail 0).**

For delivery information

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |

Postmark

Mr. Eddie Williams
#1022149
Jordan Unit
1992 Helton Road
Pampa, Texas 79065

PS Form 3800, August 2006 — See Reverse for Instructions

**Certified Mail Provides:**

- A mailing receipt
- A unique Identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your *Certified Mail receipt* is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

Case No. _____
(The Clerk of the convicting court will fill this line in.)

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### APPLICATION FOR A WRIT OF HABEAS CORPUS
### SEEKING RELIEF FROM FINAL FELONY CONVICTION
### UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

NAME: Eddie Lee Williams, Jr

DATE OF BIRTH: 12-26-1970
PLACE OF CONFINEMENT: Jordan / Rufe 'Unit

TDCJ-CID NUMBER: 1022149          SID NUMBER: 04448550

(1)  This application concerns (check all that apply):

☐  a conviction                    ☑  parole

☐  a sentence                      ☑  mandatory supervision

☑  time credit                     ☐  out-of-time appeal or petition for
                                      discretionary review

(2)  What district court entered the judgment of the conviction you want relief from?
     (Include the court number and county.)

     252 nd  District Court Jefferson County Texas

(3)  What was the case number in the trial court?

     60408

(4)  What was the name of the trial judge?

     Mr. Leonard Giblin, Jr

1

(5)    **Were you represented by counsel?  If yes, provide the attorney's name:**

Mike VanZandt , James Makin

(6)    **What was the date that the judgment was entered?**

December 18, 2000

(7)    **For what offense were you convicted and what was the sentence?**

Aggravated Robbery 20 yr's for Sentence

(8)    **If you were sentenced on more than one count of an indictment in the same court at the same time, what counts were you convicted of and what was the sentence in each count?**

Failure to report 1st count. Not sure of the 2nd Count Sir.

(9)    **What was the plea you entered?** (Check one.)

☐ guilty-open plea          ☐ guilty-plea bargain
☐ not guilty               ☐ *nolo contendere*/no contest

**If you entered different pleas to counts in a multi-count indictment, please explain:**

I'm not sure.

(10)   **What kind of trial did you have?**

☐ no jury                          ☐ jury for guilt and punishment

☒ jury for guilt, judge for punishment

(11)   **Did you testify at trial?  If yes, at what phase of the trial did you testify?**

N/A

(12)   **Did you appeal from the judgment of conviction?**

☐ yes                    ☑ no

2

**If you did appeal, answer the following questions:**

(A)    What court of appeals did you appeal to?  _N/A_

(B)    What was the case number?  _N/A_

(C)    Were you represented by counsel on appeal? If yes, provide the attorney's name:  _N/A_

(D)    What was the decision and the date of the decision?  _N/A_

(13)    Did you file a petition for discretionary review in the Court of Criminal Appeals?

&#9633; yes                    &#9447; no

If you did file a petition for discretionary review, answer the following questions:

(A)    What was the case number?  _N/A_

(B)    What was the decision and the date of the decision?  _N/A_

(14)    Have you previously filed an application for a writ of habeas corpus under Article 11.07 of the Texas Code of Criminal Procedure challenging *this conviction*?

&#9447; yes                    &#9633; no

If you answered yes, answer the following questions:

(A)    What was the Court of Criminal Appeals' writ number? _I don't Know._

(B)    What was the decision and the date of the decision? _Denied without written Order 2009 some time._

(C)    Please identify the reason that the current claims were not presented and could not have been presented on your previous application.

_Did not have enough information. Full Disclosure was not made to me, lack of knowledge I guess_

3



*you can say!*

(15)    Do you currently have any petition or appeal pending in any other state or federal court?

☐ yes                    ☑ no

If you answered yes, please provide the name of the court and the case number:

_____

(16)    If you are presenting a **claim for time credit**, have you exhausted your administrative remedies by presenting your claim to the **time credit resolution** system of the Texas Department of Criminal Justice? (This requirement applies to any final felony conviction, including state jail felonies)

☑ yes                    ☐ no

If you answered yes, answer the following questions:

(A)    What date did you present the claim?  9-26-2012

(B)    Did you receive a decision and, if yes, what was the date of the decision?
          10-9-2012

If you answered no, please explain why you have not submitted your claim:

_____

_____

_____

_____

(17)    Beginning on page 6, state *concisely* every legal ground for your claim that you are being unlawfully restrained, and then briefly summarize the facts supporting each ground. You must present each ground on the form application and a brief summary of the facts. *If your grounds and brief summary of the facts have not been presented on the form application, the Court will not consider your grounds.*

4

If you have more than four grounds, use page 10 of the form, which you may copy as many times as needed to give you a separate page for each ground, with each ground numbered in sequence.

You may attach a memorandum of law to the form application if you want to present legal authorities, but the Court will *not* consider grounds for relief in a memorandum of law that were not stated on the form application. If you are challenging the validity of your conviction, please include a summary of the facts pertaining to your offense and trial in your memorandum.

Revised: September 1, 2011                                    ATC-11.07

**GROUND ONE:**

Violation of Due Process

**FACTS SUPPORTING GROUND ONE:**

Applicant is being confined illegally due to the denial of his due process of law and Equal Protection of the said Law, contrary to the provisions of the 5th and 14th Amendments of the United States Constitution, and the Texas Code of Criminal Procedure Article 42.12 and 42.18, because he has been held, and continues to be held in Abeyance of his right to be released from said prison. Applicant received a sentence of 20 years in cause number in said court. Applicant has accredited the following time credits to the 20 year sentence.

6

**GROUND TWO:**

Illegally Restraint

**FACTS SUPPORTING GROUND TWO:**

Applicant hereby asserts that he is illegally restrained of his liberty through the Texas Code of Criminal Procedures, Article 42.12 Section 3 (g)(A)(1) and (2) of the 70th Legislative Law, September 1, 1987 through a provision therein. In which it is in direct conflict or Violation of the 14th Amendment of U.S.C.A. and/or Texas State Constitution Amendment Article 1, Section 19. Thus rendering it unconstitutional.

7

**GROUND THREE:**

_____

_____

**FACTS SUPPORTING GROUND THREE:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

8

Revised: September 1, 2011                                    ATC-11.07

**GROUND FOUR:**

_____

_____


**FACTS SUPPORTING GROUND FOUR:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


9

**GROUND:**

_____

_____

**FACTS SUPPORTING GROUND:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**WHEREFORE, APPLICANT PRAYS THAT THE COURT GRANT APPLICANT RELIEF TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING.**

10

## VERIFICATION

This application must be verified or it will be dismissed for non-compliance. For verification purposes, an applicant is a person filing the application on his or her own behalf. A petitioner is a person filing the application on behalf of an applicant, for example, an applicant's attorney. An inmate is a person who is in custody.

The inmate applicant must sign either the "Oath Before a Notary Public" before a notary public or the "Inmate's Declaration" without a notary public. If the inmate is represented by a licensed attorney, the attorney may sign the "Oath Before a Notary Public" as petitioner and then complete "Petitioner's Information." A non-inmate applicant must sign the "Oath Before a Notary Public" before a notary public unless he is represented by a licensed attorney, in which case the attorney may sign the verification as petitioner.

A non-inmate non-attorney petitioner must sign the "Oath Before a Notary Public" before a notary public and must also complete "Petitioner's Information." An inmate petitioner must sign either the "Oath Before a Notary Public" before a notary public or the "Inmate's Declaration" without a notary public and must also complete the appropriate "Petitioner's Information."

### OATH BEFORE A NOTARY PUBLIC

STATE OF TEXAS

COUNTY OF _Jefferson_

_Eddie Williams_ , being duly sworn, under oath says: "I am the (applicant) / petitioner (circle one) in this action and know the contents of the above application for a writ of habeas corpus and, according to my belief, the facts stated in the application are true."

_Eddie Williams_
Signature of (Applicant) / Petitioner (circle one)

SUBSCRIBED AND SWORN TO BEFORE ME THIS _22nd_ DAY OF _May_ , 20_13_

_____
Signature of Notary Public

11

ATC-11.07

## PETITIONER'S INFORMATION

Petitioner's printed name: _____

State bar number, if applicable: _____

Address: _____

_____

_____

Telephone: _____

Fax: _____

## INMATE'S DECLARATION

I, _Eddie Williams_, am the (applicant) petitioner (circle one) and being presently incarcerated in _Jordan Unit_, declare under penalty of perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on _May 22nd_, 20_13_.

_Eddie Williams_
Signature of (Applicant) Petitioner (circle one)

FILED

at _2:50_ o'clock _P_ M

JUN 12 2013

LOLITA RAMOS
CLERK DISTRICT COURT OF JEFFERSON CO. TEXAS
BY _____ DEPUTY

12

Revised: September 1, 2011                                  ATC-11.07

**PETITIONER'S INFORMATION**

Petitioner's printed name: _____

Address: _____

_____

_____

Telephone: _____

Fax: _____


Signed on _____, 20_____.


_____
Signature of Petitioner

13

Exhibit

B

CAUSE NO. _60408_____

|  |  |  |
|---|---|---|
| EDDIE WILLIAMS, JR , pro se | § § § § § | IN THE DISTRICT COURT OF |
|  |  | JEFFERSON COUNTY, TEXAS |
|  |  | 252nd JUDICIAL DISTRICT |

## MEMORANDUM BRIEF IN SUPPORT FOR WRIT OF HABEAS CORPUS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, _Eddie Williams, Jr_____, TDCJ-ID NO. _1022149_____,

Applicant, pro se, and files this, his memorandum brief in support for Writ of Habeas Corpus under

provisions of Article 11.07, Texas Code of Criminal Procedure and in support hereof, shall

respectfully show the following:

### I.

### CONFINEMENT AND RESTRAINT

Applicant is unlawfully confined and restrained of his liberty by Administrative Director,

acting in his/her official capacity as Executed Director of the Texas Department of Criminal Justice,

at the Jordan/Rufe Unit pursuant to a judgment of conviction before this Trial Court in Cause No.

_60408_____ for the offense of _Agg. Robbery_____. Applicant was

sentenced to _20_ years in TDCJ. A copy of the judgment and sentence are unavailable to

Applicant, but the originals are available to the Court through the files of the Clerk.

### II.

### GROUNDS OF ERROR NO. 1

Applicant is presently confined illegally due to a denial of due process of law and equal

-1-

protection of the said law, contrary to the provisions of the 5th and 14th Amendments of the United

States Constitution, and the Texas Code of Criminal Procedure, Article 42.12 and 42.18, because

he has been held, and continues to be held in abeyance of his right to be released from said prison.

Argument and authorities:

Applicant received a sentence of _20_ years in a cause number in this Court.  The said

offense in the charging instrument was that of _12-5-1991_,  _Final Sentencing!_  _12-18-2000_ .

As of the date of _5-15_____, 20_13_, Applicant has accredited the following time

credits to the _20_ year sentence: [1]  Flat time served:  (This is calculated according to the Prison

Records on Jordan Unit which copy thereof is attached hereto as Exhibit A)

_14_ years, _7_ months, _4_ days, _72_ % of sentence served.

Good time served:

_11_ years, _4_ months, _26_ days, _57_ % of sentence served.

_Over a 100%_

Work time served:

_6_ years, _8_ months, _13_ days, _33_ % of sentence served.

Mandatory supervision time credit:

_14_ years, _7_ months, _4_ days, _72_ % of sentence served.

Parole time credit:

_32_ years, _8_ months, _13_ days, _162_% of sentence served.

This applicant now has a total of _32_ years, _8_ ,months, _13_ days credited to his _20_ year

sentence.

_Check parole time sheet for when I left TDCJ cause I left in 2014 so its more than 32 years._

---

[1] He is entitled to immediate release as will be shown on the following pages.

*I met these requirements!*

A genuine question of the facts exists as to whether or not the Parole Board has authority to supervise a release if "Flat Time" plus "Good Time" credit equals more than the time left on the original sentence. This question has been previously addressed by another inmate who was released from the Price Daniel Unit under this same reasoning on the 23rd of August, 1994. Prison inmate Willie West King was sentenced in Lamesa, Texas to a 10 year sentence. He served in excess of 156% if his sentence and was not released. King filed a U.S.C. Section 1983 civil suit against the Texas Parole Board seeking his immediate release.

*I had 162%  See Time Sheet Ex. A*

On the 1st of July, 1994, the United State District Court Judge Lynn Hughes in Houston, Texas dismissed the civil action filed by W. W. King, Civil Action No. H-92-2576 in a one page unpublished opinion that held:

King had not followed proper procedure in seeking his release from prison in that he has filed a Civil Rights Suit rather than a State Habeas Proceeding.

However, if King can prove that his good-time credits earned more than the time on his sentence, then he will be entitled to immediate release. If not, then he has the option of returning to this Federal Court on another U.S.C. Section 1983 civil suit so as to seek damages including monetary damages from the Parole Board of the Prison System.

During the first week of August 1994, inmate Willie West King filed an 11.07 Writ of Habeas Corpus in Lamesa, Texas Direct Court (Court of original sentence) and on the 23rd of August, 1994, the Prison Authorities of the Price Daniel Unit informed W. W. King that they had orders from "downtown" to immediately release him. King was released on the 23rd of August, 1994 from the Price Daniel Unit. King had about three (3) years left to do on the ten (10) year sentence, but his flat-time credits served equaled more than the time left on his ten (10) year sentence.

-3-

Also in a published Ex parte McGee, 962 S.W.2d, 49 C Court of Criminal Appeals of Texas February 8, 1988), Steven Mack McGee petitioned for habeas corpus relief after Department of Criminal Justice refused to release him to Mandatory Supervision after the date on which his good-time plus his flat-time credit equaled 100% of his sentence. The Court of Criminal Appeals held that prisoner was entitled to relief. Petitioner was entitled to release to Mandatory Supervision on his good-time, plus his flat-time credit equaled 100% of his sentence, where there was no other reason to continue incarceration. Petition granted. [2] The appropriate officials of the Texas Department of Criminal Justice are ordered to release Applicant to Mandatory Supervision immediately, if he is still in their custody.

Applicant's situation falls within the same ambience as that of the W. W. King and Ex parte McGee cases because Applicant has actually accrued similar time credits as that of W. W. King and McGee. For example: Time credit of _32_ years, _8_ months, _13_ days accumulated by this Applicant reaches far in excess of the original _20_ year sentence.

The flat-time served, good time and work-time credits earned which amount to _32_ years, _8_ months, _13_ days as of _April 5 th_, 20_13_ (see the time sheet attached hereto as Exhibit [A]) equals more than the time left on the sentence.

---

[2] It is clear and undisputable that this Applicant is entitled to immediate release from prison because the amount of time he has accredited goes far beyond the original _20_ year sentence. The Willie West King unpublished opinion provides an avenue of relief for Applicant through the Federal Court System on the U.S.C. Section 1983, Civil Rights and Ex Parte McGee provides an avenue of relief for Applicant through the State Court System so as to seek monetary damages for all the time served past his qualified release date unless he is released immediately.

-4-

### III.

### GROUNDS OF ERROR NO. 2

*For me I am under the OLD LAW 1991*

Applicant asserts that he is illegally restrained of his liberty through Texas Code of Criminal Procedures, Article 42.12, Section 3(g)(A)(1) and (2) of the 70th Legislative Law, September 1, 1987, through a provision therein which is in direct conflict or violation of the 14th Amendment of U.S.C.A. and/or Texas State Constitution Amendment Article 1, Section 19, thus rendering it unconstitutional.

Argument and Authorities:

Applicant argues that this legislative law which governs the Board of Pardons and Parole concerning persons serving time in the Texas Department of Criminal Justice for aggravated or 3(g) offenses without the affirmative finding of a deadly weapon are not receiving applicable consideration like non 3(g) offenses when their flat-time served, good-time and work-time credits combined equal their maximum sentence are not eligible for the mandatory release like non 3(g) offenses. Applicant argues that this violates the Equal Protection Clause of law and/or Due Process Clause of law under the 14th Amendment U.S.C., and/or Vernon Ann., Statutes Constitution, Article 1, Section 19, because if convicted persons serving time for non-aggravated or non 3(g) offenses received work-time and good-time credits applicable toward Mandatory Release, then all convicted persons are entitled to receive the same consideration when their flat-time served, good-time and work-time credits combined equal their maximum sentence.

### IV.

### CONCLUSION

Applicant asserts that he is illegally restrained of his liberty through a provision under the

-5-

Texas Code of Criminal Procedure, Article 42.12, Section 3(6)(A)(1) and (2) which is in direct conflict or violation of the Equal Protection Clause of Law and/or Due Process of Law under the 14th Amendment U.S.C.A., and/or Texas Constitution Amendment Article 1, Section 19, and is contrary to the provisions of the 5th and 14th Amendments of the United States Constitution, and the Texas Code of Criminal Procedure, Article 42.12 and 42.18 Willie West King v. State, and Ex Parte McGee 962 S.W.2d 49 (Court of Criminal Appeal of Texas, Feb. 18, 1998) thus rendering it unconstitutional, Applicant is entitled to relief.

### PRAYER

Wherefore, all premises considered, Applicant prays this Honorable Court, after expiration of the time within which the Attorney representing the State may file his/her Answer, make finding of facts and conclusions of law, and thereafter direct the clerk to transmit the records and forward the same to the Court of Criminal Appeals for Final Disposition, and grant relief to which Applicant is entitled, so moved and prayed that this Writ of Habeas Corpus be granted.

### VERIFICATION

I hereby declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on this the 22nd day of May, 2013.

_Eddie Williams, Jr_
Applicant, pro se

-6-

## CERTIFICATE OF SERVICE

I, _Eddie Williams_____, do hereby certify that a true and correct copy

of the foregoing Application for Writ of Habeas Corpus with Memorandum Brief has been served

upon _Lolita Ramos_____, District Clerk of _Jefferson_____ County,

Texas by postage pre-paid United States mail on this the _22nd_ day of _May_____,

20_13_ .

_Eddie Williams_____

-7-

Exhibit

A

```
          T. D. C. J.    I N S T I T U T I O N A L    D I V I S I O N
          DATE 04/05/13              RECORDS OFFICE            TIME 09:41:50
TDCJID: 01022149 NAME: WILLIAMS,EDDIE,LEE JR              UNIT JORDAN
SENT. BEGIN DATE 09/01/1998 TDC RECEIVE DATE 02/07/2001
INMATE STATUS STATE APPROVED TRUSTY CLASS III W       LAST PCR REQUEST 04/05/13

      SENT. OF RECORD    00020    YRS 00 MOS 00 DAYS  MAND SUPV PAROLE
   -- FLAT TIME SERVED         00014 YRS 07 MOS 04 DAYS  072  %  072  % <--
   -- GOOD TIME EARNED         00011 YRS 04 MOS 26 DAYS  000  %  057  % <--
      WORK TIME EARNED         00006 YRS 08 MOS 13 DAYS  000  %  033  %
      MAND SUPV TIME CREDITS   00014 YRS 07 MOS 04 DAYS  072  %
      PAROLE TIME CREDITS      00032 YRS 08 MOS 13 DAYS       162  %
      MINIMUM EXPIRATION DTE: 09/01/2018
      MAXIMUM EXPIRATION DTE: 09/01/2018

JAIL GOOD TIME RECD YES          NUMBER OF DETAINERS 00
GOOD TIME LOST 00120 DAYS        WORK TIME LOST 00000 DAYS
PAROLE STATUS   BPP DATE                        TDC CALC DATE 09/01/2003

*CALC PAROLE ELIG ON CALENDAR TIME


REQUEST _____
CONDUCT RECORD:
```

Good time plus his flat-time credit equals 100%

57%  11 YRS  04 Months  26 Days.
+ 72%  14 YRS  07 Month  4 Days
129%

The Court of Criminal Appeals held that prisoner was entitled to relief.

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE      05/22/13
JN32/MLA1931              IN-FORMA-PAUPERIS DATA               12:34:01
TDCJ#: 01022149 SID#: 04448550 LOCATION: JORDAN          INDIGENT DTE:
NAME: WILLIAMS,EDDIE LEE JR          BEGINNING PERIOD: 11/01/12
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:      41.86 TOT HOLD AMT:      0.00 3MTH TOT DEP:       0.00
6MTH DEP:       136.37 6MTH AVG BAL:      16.93 6MTH AVG DEP:      22.73
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/13      20.23         0.00          01/13      60.00         61.04
03/13      20.23         0.00          12/12      63.35          0.00
02/13      20.23         0.00          11/12      75.00         75.33
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _GRAY_
ON THIS THE _22_ DAY OF _May_, _2013_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

*Mary Ann Lamb*

MARY ANN LAMB
Notary Public, State of Texas
My Commission Expires 02-14-2017

**Notary Without Bond**



### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### CUSTODIAN OF OFFENDER RECORDS
### TIME CREDIT DISPUTE RESOLUTION
### FINAL CERTIFICATION DECISION

Offender Name :   **WILLIAMS,EDDIE LEE JR**

TDCJ# :        **01022149**

Offender Location : AH   U N

You filed a request for correction of time credited toward the completion of your sentence pursuant to the Department's internal time credit dispute resolution process to address time credit calculation error complaints.

Your request for correction of calculation of the time credit earned toward completion of your sentence was received by the Custodian of Offender Records on **09/26/2012**. Pursuant to Section 501.0081 of the Texas Government Code, the Custodian of Offender Records is required to issue a finding in an attempt to resolve the complaint.

The Custodian of Offender Records issues the following finding regarding your complaint:

**Your offense Agg Robbery #60408 is a Non-Mandatory eligible, which means you can release on parole or discharge the entire sentence. Good/ Work time are reported by the unit if you feel there is an error contact Unit Tracking Coordinator for assistance.**

If you are dissatisfied with this response from the Custodian of Offender Records, you may contact State Counsel for futher assistance.

This concludes the administrative processing of this complaint by the Texas Department of Criminal Justice.

DATE :   **10/09/2012**
         **WMM**

SIGNATURE:

TITLE:          ASSISTANT DIRECTOR FOR
                CLASSIFICATION AND RECORDS

ADDRESS:        TDCJ CLASSIFICATION AND RECORDS OFFICE
                BOT WAREHOUSE
                P.O. BOX 99
                HUNTSVILLE, TEXAS 77342

May 25, 2013

Dear Mrs. Lolita Ramos,

Hear is a certified mail receipt. Please mail back the card. I don't know why the Pampa, Post Office tore it off.

The package I sent was under:

Eddie Lee Williams, Jr (1022149)
Jordan Unit
1992 Helton Rd.
Pampa, Texas 79065

Case 60408 with a 11.07 with ~~xxx~~ Memorandum concerning 100% issue! Please write me back by sending Green certified card back to me. Thankyou for your time in this matter.



Sincerely Written
Mr. Williams



Eddie Lee Williams Jr (1022149)
Jordan Unit
1992 Helton Rd.
Pampa, Texas 79065

   

CERTIFIED MAIL

7011 1570 0002 2556 8873

RETURN RECEIPT
REQUESTED

Mrs. Lolita Ramos
District Clerk
Jefferson County
1001 Pearl Street
Beaumont, Texas 77701

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Mrs. Lolita Ramos
District Clerk
Jefferson County
1001 Pearl Street
Beaumont, Texas 77701

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7011 1570 0002 2996 8873

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

PRIVILEGED ATTORNEY MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION

**Jefferson County**
**District Clerk's Office**
1085 Pearl Street
Room 203
Beaumont, TX 77701
409-835-8580
Fax 409-835-8527



**Family Law Division**
409-835-8653

**Child Support**
409-835-8425

**RECEIVED**

FEB 25 2025

**Jamie Smith**
**District Clerk**

**Jill Wiebusch**
**Chief Deputy**

CHRISTINE L. STETSON
U.S. MAGISTRATE JUDGE

**This appears to have been mailed to us in error. Please forward to Federal Court-**
**United States District Court**
**Eastern District of Texas**
**Jack Brooks Federal Building**
**300 Willow Street #234**
**Beaumont, Texas 77701**


                    Sincerely,



                    Jefferson County District Clerk's Office

Eddie L. Williams Jr (2454761)
Garza West Unit
4250 Hwy 202
Beeville, Texas 78102





CERTIFIED MAIL

7016 0640 0000 3323 3402

Jack Brooks Federal Building
300 Willow street #234
Beaumont Texas
77701

RECEIVED

FEB 25 2025

CHRISTINE L. STETSON
U.S. MAGISTRATE JUDGE

CLERK, U.S. DISTRICT COURT
RECEIVED

FEB 25 2025

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS