IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDDIE LEE WILLIAMS, JR.                      §

VS.                                          §                   CIVIL ACTION NO.   1:25-CV-88

LOLITA RAMOS, ET AL.                         §

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Eddie Lee Williams, Jr., a prisoner currently confined at the Cotulla Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On May 27, 2025, the magistrate judge recommended dismissing the action without prejudice for want of prosecution due to Plaintiff's failure to comply with an Order to pay an initial partial filing fee. On March 17, 2026, Plaintiff was granted a twenty-day extension of time to pay the initial partial filing fee. To date, Plaintiff has not paid the initial partial filing fee or shown good cause for his failure to comply with the Order. The parties have not filed objections to the Report and Recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 7] is ADOPTED. A final judgment will be entered in accordance with this Order.

**SIGNED this 14th day of April, 2026.**

Michael J. Truncale
United States District Judge